IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
IN THIS OFFICE
APR 0 6 2026
Clerk U.S. District Court
Greensboro, NC

RANDEL LEVONE RIGGSBEE, JR.,   )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:25-cv-1088
                               )
SHERIFF DANNY ROGERS, ALEX     )
SNOW, Public Defender and      )
RALPH K. FRAISER, JR.,         )
Attorney,                      )
                               )
          Defendants.          )

## ORDER

On December 17, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the __6__ day of April, 2026.

_____
United States District Judge

- 2 -